Rex T. KEARNEY, Jr., Plaintiff–
Appellant,

v.

STANDARD INSURANCE COMPANY,
Defendant–Appellee.

Rex T. KEARNEY, Jr., Plaintiff–
Appellant,

v.

STANDARD INSURANCE COMPANY,
Defendant–Appellee.

Nos. 96–16539, 96–16701.

United States Court of Appeals,
Ninth Circuit.

Aug. 3, 1998.

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Kearney v. Standard Insurance Company*, 144 F.3d 597 (9th Cir.1998), is withdrawn.